## SARANAC MACHINE COMPANY *v.* WIREBOUNDS CORPORATION.

[No. 10,069.    Filed January 16, 1920.    Rehearing denied April 23, 1920.]

From St. Joseph Superior Court; *G. A. Farabaugh,* Special Judge.

Action between the Saranac Machine Company and the Wirebounds Corporation. From a judgment for the latter, the former appeals. *Affirmed.*

*Howell & Jones, Cadey & Andrews* and *Miller & Dowling,* for appellant.

*Anderson, Parker, Crabill & Crumpacker* and *Dunne, Murphy & Dunne,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## CAMPBELL *v.* HATTERY.

[No. 10,362.    Filed April 28, 1920.]

From Hamilton Circuit Court; *Ernest E. Cloe,* Judge.

Action between Amanda J. Campbell and Frank Hattery. From the judgment rendered, the former appeals. *Affirmed.*

*Gentry & Campbell,* for appellant.
*Thomas E. Kane,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## INDIANA NATURAL GAS AND OIL COMPANY *v.* GOODNIGHT.

[No. 10,366.    Filed May 11, 1920.]

From Tipton Circuit Court; *James M. Purvis,* Judge.

Action between the Indiana Natural Gas and Oil Company and Squire Goodnight. From the judgment rendered, the former appeals. *Affirmed.*

*Conrad Wolf* and *Earl B. Barnes,* for appellant.
*Jesse R. Coleman,* for appellee.

PER CURIAM.—Judgment affirmed.